IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **JOVITA F.,** | § | |
| Plaintiff, | § § § | |
| v. | § § | Civil Action No. **3:17-CV-945-L-BT** |
| **ANDREW SAUL,** Commissioner of the Social Security Administration, | § § § § | |
| Defendant. | § § | |

# ORDER

On March 30, 2020, the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") (Doc. 31) was entered, recommending that: (1) Plaintiff's Motion for Attorney's Fees under 42 U.S.C. § 406(b) ("Motion") (Doc. 28) be granted; (2) attorney Patrick Wright be awarded $11,700 in reasonable attorney's fees to be certified for payment out of Plaintiff's past-due benefits under 42 U.S.C. § 406(b); (3) the Commissioner of the Social Security Administration ("the Commissioner") be further ordered to certify and disburse such amount from Plaintiff's past-due benefits to Plaintiff's counsel; and (4) Plaintiff's counsel be ordered to promptly return to Plaintiff the $3,420 previously awarded under the Equal Access to Justice Act ("EAJA"). No objections to the Report were filed.

Having considered the Motion, file, record, and Report, the court determines that the magistrate judge's findings and conclusions are correct, and **accepts** them as those of the court. Accordingly, the court **grants** Plaintiff's Motion (Doc. 28); **awards** Plaintiff's attorney, Patrick Wright, **$11,700** in reasonable attorney's fees to be certified for payment out of Plaintiff's past-due benefits under 42 U.S.C. § 406(b); **orders** the Commissioner to certify and disburse such amount

Order – Page 1

from Plaintiff's past-due benefits to Plaintiff's counsel; and **directs** Plaintiff's counsel to promptly return to Plaintiff the $3,420 previously awarded under the EAJA.

    **It is so ordered** this 18th day of June, 2020.

                                                    Sam A. Lindsay
                                           United States District Judge